# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEREMIAH CROSS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-24-699-D |
| JIM HYNES, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the Court adopts the Report and Recommendation [Doc. No. 5] in its entirety.

For the reasons stated therein, this action is **DISMISSED** without prejudice to refiling.

**IT IS SO ORDERED** this 9th day of September, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge